**FILED**

03/09/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0471

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0471

_____

STATE OF MONTANA,

    Plaintiff and Appellee,

    v.

                                         O R D E R

STEVEN LEE STRIKE, Sr.,

    Defendant and Appellant.

_____

    Upon consideration of Appellant's tenth motion for extension of time, and good cause appearing,

    IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including April 15, 2022, within which to file and serve the opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 9 2022